# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

| | |
|---|---|
| BRIAN KEITH ALFORD, | : Case No. 2:24-cv-194 |
| Plaintiff, | : Chief Judge Sarah D. Morrison |
| vs. | : Magistrate Judge Caroline H. Gentry |
| TOM SCHWEITZER, *et al.*, | : |
| Defendants. | : |

## ORDER

On April 25, 2025, the undersigned Magistrate Judge issued a Report and Recommendation screening Plaintiff's *pro se* Complaint. (Doc. No. 14.) Any objections to the Report and Recommendation ("R&R") were due by May 9, 2025. (*Id.*)

Plaintiff filed a motion seeking a 45-day extension of time to file objections to the R&R (Doc. No. 15), which the Court granted (Doc. No. 16). Plaintiff has now filed a second motion for a 45-day extension of time to file objections. (Doc. No. 17.) Within that motion, Plaintiff also appears to ask to file an Amended Complaint. (*Id.*)

Upon consideration, and for good cause shown, the Court **GRANTS** Plaintiff's request for an extension of time. Plaintiff's objections are now due by **August 10, 2025**. No further extensions will be granted absent extraordinary cause.

The Court **DENIES** Plaintiff's request to file an amended complaint. (Doc. No. 17.) Plaintiff appears to be referring to his previous request to correct the case caption, which Chief Judge Morrison construed as a motion to amend by interlineation and

granted. (*See* Doc. No. 10.) The undersigned discussed that motion and order previously. (*See* Doc. No. 16.) To the extent Plaintiff makes the same request again, it is **DENIED** as **MOOT**.

    **IT IS SO ORDERED.**

                              *Caroline H. Gentry*
                              Caroline H. Gentry
                              UNITED STATES MAGISTRATE JUDGE